UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MICHAEL CALLOWAY (#96740)**

**VERSUS**

**LOUISIANA DEPARTMENT OF CORRECTIONS**

**CIVIL ACTION**

**NO. 24-706-JWD-EWD**

## OPINION

After independently reviewing the complete record in this case and for the reasons outlined in the Magistrate Judge's Report dated March 31, 2025 (Doc. 4), to which an objection was filed and considered (Doc. 5),

**IT IS ORDERED** that all federal claims brought by Plaintiff Michael Calloway in this case are DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted; that the Court declines to exercise of supplemental jurisdiction over potential state law claims; and that this case shall be CLOSED.[1]

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 2, 2025.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Plaintiff Michael Calloway is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Since the Report and Recommendation has been adopted, this Opinion is counted as a strike.